# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 23-CR-61-MN |
| ROBERT HUNTER BIDEN, | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Please take notice that Richard I.G. Jones, Jr. of the firm Berger Harris LLP hereby enters his appearance as counsel for Defendant Robert Hunter Biden in this action.

Dated: July 7, 2023  **BERGER HARRIS LLP**

*/s/ Richard I. G. Jones, Jr.*
Richard I.G. Jones, Jr. (No. 3301)
1105 N. Market St., 11th Floor
Wilmington, DE 19801
Telephone: (302) 655-1140
Fax: (302) 655-1131
rjones@bergerharris.com

*Attorney for Defendant Robert Hunter Biden*