# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Criminal Action No. 23-CR-61-MN |
| ROBERT HUNTER BIDEN, | ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Please take notice that Timothy H. McCartenof the firm Latham & Watkins LLP hereby enters his appearance as counsel for Defendant Robert Hunter Biden in this action.

Dated: July 20, 2023

**LATHAM & WATKINS LLP**

Timothy H. McCarten
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
timothy.mccarten@lw.com

*Attorney for Defendant Robert Hunter Biden*