

**U.S. Department of Justice**

United States Attorney's Office
District of Delaware

*The Hercules Building*
*1313 N. Market Street, Suite 400*
*P. O. Box 2046*            *(302) 573-6277*
*Wilmington, Delaware 19899-2046*    *FAX (302) 573-6220*

August 1, 2023

**By ECF**

The Honorable Maryellen Noreika
U.S. District Judge
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

        **Re: *United States v. Biden*, Criminal Action Nos. 23-mj-274 & 23-cr-61**

Dear Judge Noreika:

      In response to a request from a news organization, Your Honor asked for the Government's position on docketing the proposed plea and diversion agreements discussed at the hearing held on July 26, 2023. Federal Rule of Criminal Procedure 11 requires that "[t]he parties must disclose [a] plea agreement in open court when the plea is offered, unless the court for good cause allows the parties to disclose the plea agreement in camera." Fed. R. Crim. P. 11(c)(2). That is why the Government tendered the plea agreement to the Court at the beginning of the hearing on July 26—so that it could be docketed. And though diversion agreements are simply contracts between the Government and a defendant and there is no requirement that they be made public, the Government and the Defendant expressly agreed that this diversion agreement would be public. Specifically, paragraph 16 of the agreement states that the "Agreement, the attached Statement of Facts (Attachment A), the Information, and any order related thereto shall be publicly filed in the United Stated District Court for the District of Delaware." The Government included that provision in the agreement in the interest of openness in this matter of public concern. Thus, the Government has no objection to docketing the proposed plea and diversion agreements.

                                      Respectfully submitted,

                                      DAVID C. WEISS
                                      United States Attorney

By:    /s/ Leo J. Wise
        Leo J. Wise
        Derek E. Hines
        Special Assistant United States Attorneys

        Benjamin L. Wallace
        Assistant United States Attorney