## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 23-cr-00061-MN |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

### ORDER

IT IS HEREBY ORDERED that for the reasons stated in its Motion, the United States' Motion to Voluntarily Dismiss Firearm Information Without Prejudice Because an Indictment Was Returned, is GRANTED.

_October 11, 2023_
Date

_Maryellen Noreika_
Hon. Maryellen Noreika
United States District Judge