# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **ORDER**

IT IS HEREBY ORDERED that Defendant's Consent Motion for an Amended Scheduling Order is GRANTED.

Under the Amended Scheduling Order, the deadline are as follows: Defendant pretrial motions are to be filed by December 11, 2023; Plaintiff's oppositions/responses are to be filed by January 16, 2024; and Defendant's replies are to be filed by January 30, 2024.

_____                                             _____
Date                                                                                         Hon. Maryellen Noreika
                                                                                                 United States District Judge