IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
                                     )
UNITED STATES OF AMERICA             )
                                     )
    v.                               )   Criminal Action No. 1:23-cr-00061-MN
                                     )
ROBERT HUNTER BIDEN,                 )
                                     )
    Defendant.                       )
                                     )
_____)

### MR. BIDEN'S RESPONSE TO THE REQUEST TO UNSEAL DOCKETS AND WARRANTS

Pursuant to this Court's order on January 25, 2024 (D.E. 74) seeking the parties' respective positions on the letter filed by Marcy Wheeler of emptywheel.net (D.E. 73), Mr. Biden does not oppose Ms. Wheeler's request to unseal the dockets and four warrants described in her letter (but not the affidavits supporting those warrants).

Dated: January 25, 2024                          Respectfully submitted,

/s/ *Abbe David Lowell*
Abbe David Lowell                                Bartholomew J. Dalton (#808)
Christopher D. Man                               DALTON & ASSOCIATES, P.A.
WINSTON & STRAWN                                 1106 West 10th Street
1901 L Street NW                                 Wilmington, DE 19806
Washington, DC 20036                             Tel.: (302) 652-2050
Tel.: (202) 282-5000                             BDalton@dalton.law
Fax: (202) 282-5100
AbbeLowellPublicOutreach@winston.com

*Counsel for Robert Hunter Biden*

1