IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

**MR. BIDEN'S PROPOSED VERDICT FORM**

Abbe David Lowell
Christopher D. Man
WINSTON & STRAWN
1901 L Street NW
Washington, DC 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100
AbbeLowellPublicOutreach@winston.com

Bartholomew J. Dalton (#808)
DALTON & ASSOCIATES, P.A.
1106 West 10th Street
Wilmington, DE 19806
Tel.: (302) 652-2050
BDalton@dalton.law

*Counsel for Robert Hunter Biden*

Mr. Biden opposes the Special Counsel's proposed verdict form because its streamlined description of the charges makes them appear to be broad strict liability offenses, which is inaccurate and deeply prejudicial.

Dated: May 28, 2024                                      Respectfully submitted,

                                                         /s/ *Abbe David Lowell*

Bartholomew J. Dalton (#808)                             Abbe David Lowell
DALTON & ASSOCIATES, P.A.                                Christopher D. Man
1106 West 10th Street                                    WINSTON & STRAWN
Wilmington, DE 19806                                     1901 L Street NW
Tel.: (302) 652-2050                                     Washington, D.C. 20036
BDalton@dalton.law                                       Tel.: (202) 282-5000
                                                         Fax: (202) 282-5100
                                                         AbbeLowellPublicOutreach@winston.com
                                                         CMan@winston.com

*Counsel for Robert Hunter Biden*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

_____
)
UNITED STATES OF AMERICA            )
)
      v.                                )  Criminal Action No. 1:23-cr-00061-MN
)
ROBERT HUNTER BIDEN,                )
)
      Defendant.                    )
)
_____)

## JURY VERDICT FORM

1. As to Count One, charging the defendant with knowingly making a false statement material to the lawfulness of the sale of a firearm, we the jury find the defendant:

    _____ Not Guilty _____ Guilty

2. As to Count Two, charging the defendant with knowingly making a false statement with respect to information required to be kept in records of a federal firearms licensee, we the jury find the defendant:

    _____ Not Guilty _____ Guilty

3. As to Count Three, charging the defendant with knowingly possessing a firearm while knowingly being an unlawful user of or addicted to a controlled substance, we the jury find the defendant:

    _____ Not Guilty _____ Guilty

The foregoing constitutes the unanimous verdict of the jury.

_____          _____
PRESIDING JUROR                          DATE

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of May, 2024, I filed the foregoing proposed jury verdict form to the Motion to Exclude Proposed Defense Experts with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                        /s/ *Abbe David Lowell*
                                        Abbe David Lowell

                                        *Counsel for Robert Hunter Biden*