IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) Criminal Action No. 23-61 (MN) |
| ROBERT HUNTER BIDEN, | ) |
| Defendant. | ) |

### JURY VERDICT FORM

1. As to Count One, charging the defendant with making a false statement in connection with the acquisition of a firearm, we the jury find the defendant:

 _____ Not Guilty   \_\_✓\_\_ Guilty

2. As to Count Two, charging the defendant with making a false statement with respect to information required to be kept in records, we the jury find the defendant:

 _____ Not Guilty   \_\_✓\_\_ Guilty

3. As to Count Three, charging the defendant with possession of a firearm by a person who is an unlawful user of or addicted to a controlled substance, we the jury find the defendant:

 _____ Not Guilty   \_\_✓\_\_ Guilty

The foregoing constitutes the unanimous verdict of the jury.

Date: June 11, 2024

