# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 23-61-MN |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington, this 2nd day of August, 2024, a jury having found the defendant guilty after a 6-day trial on June 11, 2024;

IT IS HEREBY ORDERED that:

1. Sentencing in this matter is scheduled for **Wednesday, November 13, 2024, at 10:00 AM (EST)** in Courtroom 4A, on the fourth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. A presentence investigation report shall be prepared by the United States Probation Office.

3. No later than fifty (50) calendar days prior to the date set for sentencing, the probation officer shall disclose the presentence investigation report to the defendant, defendant's counsel, and the attorney for the government. The presentence report shall be deemed to have been disclosed to a party when a copy of the report is electronically sent to the party's counsel, at the email address on file with the U.S. District Court Clerk's Office. Unless otherwise directed by the court, the probation officer's recommendation for sentence will not be disclosed to the parties or made part of the public record.

4.	Within fourteen (14) calendar days after receiving the presentence report, counsel for the parties shall communicate in writing to the probation officer, and to each other, any objections as allowed under Fed. R. Crim. P. 32(f)(1). Likewise, counsel shall notify the probation officer in writing within the aforesaid time limits if they have no objections to the presentence report. In the absence of good cause, any objections not submitted within the time limits herein shall be waived.

5.	After receiving the objections of counsel, the probation officer may conduct any further investigation and make any revisions to the presentence report as consistent with and authorized by Fed. R Crim. P. 32(f)(3).

6.	No later than twenty (20) calendar days before the sentencing hearing, the probation officer shall submit the final draft of the presentence report to the parties.

7.	No later than fourteen (14) calendar days before the sentencing hearing, any Sentencing Memorandum seeking a departure or variance from the Sentencing Guidelines, or containing any objections to the Guidelines as set forth in the most recently revised version of the final draft of the presentence report, shall be filed directly with the Court. Any response is due seven (7) days prior to the sentencing hearing.

8.	Any Sentencing Memorandum that does not seek a departure, variance, or contain an objection to the Guidelines as set forth in the in the most recently revised version of the final draft of the presentence report, shall be filed with the Court no later than seven (7) days prior to the sentencing hearing.

9.	The submission of a Sentencing Memorandum may be filed under Seal only with the prior approval of the Court.

10. If a party believes that the resolution of any departure motion, variance request, Guideline objection, presentence investigation report objection, or any issue of fact requires an evidentiary hearing, it shall also notify the Court in writing no later than (14) calendar days before the sentencing hearing.

11. No later than seven (7) calendar days prior to the sentencing hearing, the probation officer shall submit the presentence report, with the Recommendation, to the Court. The report shall contain the addendum setting forth any objections made by defendant's counselor to the government that remain unresolved and the officer's comments regarding such objections.

12. Except for the unresolved objections reported in the addendum, the presentence report may be accepted by the Court as its findings of fact.

13. Nothing in this rule permits the disclosure of any portions of the presentence report except as authorized by Rule 32 of the Federal Rules of Criminal Procedure. The provisions of Fed. R. Crim. P. 32 shall apply to any matter not covered herein.

14. **Should counsel need more than the one (1) hour for this proceeding, counsel shall notify the Court by way of joint letter immediately.**

IT IS FURTHER ORDERED that the foregoing schedule may only be modified with the permission of the Court for good cause shown.

Date: August 2, 2024

*Maryellen Noreika*
UNITED STATES DISTRICT JUDGE

3