1422

09:48:43

```
               IN THE UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF DELAWARE


UNITED STATES OF AMERICA,  ) VOLUME 7
                           )
                           ) CRIMINAL ACTION
v.                         ) NO. 23cr61(MN)
                           )
ROBERT HUNTER BIDEN,       )
                           )
         Defendant.        )


              Tuesday, June 11, 2024
              9:00 a.m.
              Jury Trial


              Courtroom 4A
              844 King Street
              Wilmington, Delaware




BEFORE:   THE HONORABLE MARYELLEN NOREIKA
          United States District Court Judge




APPEARANCES:


          SPECIAL COUNSEL'S OFFICE
          BY:  DEREK E. HINES, ESQ.
          BY:  LEO WISE, ESQ.


               Counsel for the
               United States of America
```

```
APPEARANCES CONTINUED:


              DALTON & ASSOCIATES, P.A.
              BY:  BARTHOLOMEW J. DALTON, ESQ.
              BY:  CONNOR DALTON, ESQ.

              -and-

              WINSTON & STRAWN LLP
              BY:  ABBE DAVID LOWELL, ESQ.
              BY:  DAVID KOLANSKY, ESQ.
              BY:  ISABELLA OISHI, ESQ.


                     Counsel for the Defendant



                      - - - - - - - - - - - -
```

COURTROOM DEPUTY:  All rise.

THE COURT:  All right.  Let's bring in the jury.

(Jury entering the courtroom at 9:05 a.m.)

THE COURT:  All right.  Good morning, everyone. Everyone can be seated.  Thanks for being here.  Thanks for being here to time.  It wouldn't be morning if the courtroom wouldn't be so cold and I wasn't going to ask you questions.

So did you talk about the case with anyone?

JURY:  No.

THE COURT:  Anyone try and talk to you or influence your decision in any way?

```
09:08:25  1                    JURY:  No.
09:08:26  2                    THE COURT:  Any research that you did outside of
09:08:31  3    what you heard in this courtroom?
09:08:32  4                    JURY:  No.
09:08:32  5                    THE COURT:  And did you read anything, hear
09:08:36  6    anything, see anything on social media, anything like that?
09:08:40  7                    JURY:  No.
09:08:41  8                    THE COURT:  All right.  So do you feel like that
09:08:46  9    you have had nothing influencing you other than what you
09:08:50 10    have seen and heard in this courtroom?
09:08:52 11                    JURY:  Correct.
09:08:53 12                    THE COURT:  I wanted to see if you guys could
09:08:55 13    answer yes.  I wanted to switch it up a little.
09:08:59 14                    Thank you very much and I will ask you to go
09:09:01 15    back for your deliberations.
09:09:04 16                    COURTROOM DEPUTY:  All rise.
09:09:06 17                    (Jury leaving the courtroom at 9:05 a.m.)
09:09:12 18                    THE COURT:  All right.  Thank you.
11:16:38 19                    COURTROOM DEPUTY:  All rise.
11:17:24 20                    (Court recessed at 9:09 a.m.)
11:17:24 21                    THE COURT:  All right.  As I think you know, we
11:17:29 22    received a note saying that we have a verdict.
11:17:31 23                    Anything we need to discuss before I bring the
11:17:33 24    jury in?
11:17:34 25                    MR. HINES:  No, Your Honor.
```

```
11:17:35  1                    MR. LOWELL:  No, Your Honor.
11:17:36  2                    THE COURT:  All right.  Mr. Buckson.
11:17:39  3                    (Jury entering the courtroom at 11:17 a.m.)
11:18:09  4                    THE COURT:  All right.  Members of the jury,
11:18:11  5    welcome back.  I have been told that you have a verdict.  Is
11:18:14  6    that correct?  Let me ask the foreperson.
11:18:18  7                    JUROR FOREPERSON:  Yes.
11:18:18  8                    THE COURT:  Mr. Buckson, will you get the
11:18:20  9    verdict, please.
11:18:32 10                    All right.  Having reviewed the verdict and seen
11:18:34 11    that it appears complete, I'm going to -- oh, everybody can
11:18:38 12    be seated.  I'm sorry.
11:18:40 13                    I'm going to ask Mr. Buckson to read the
11:18:43 14    verdict.
11:18:44 15                    COURTROOM DEPUTY:  As to Count One charging the
11:18:46 16    defendant with making a false statement in connection with
11:18:48 17    the acquisition of a firearm, we the jury find the defendant
11:18:52 18    guilty.
11:18:53 19                    As to Count Two charging the defendant with
11:18:55 20    making a false statement with respect to information
11:18:58 21    required to be kept in the records, we the jury find the
11:19:01 22    defendant guilty.
11:19:02 23                    As to Count Three charging the defendant with
11:19:04 24    possession of a firearm by a person who is an unlawful user
11:19:09 25    of, or addicted to, a controlled substance, we the jury find
```

```
11:19:12  1    the defendant guilty.
11:19:14  2                THE COURT:  All right.  Thank you.
11:19:17  3                For the prosecution, do you wish the jury to be
11:19:19  4    polled?
11:19:20  5                MR. HINES:  No, Your Honor.
11:19:20  6                THE COURT:  Mr. Lowell?
11:19:21  7                MR. LOWELL:  You did it the way you always do it
11:19:24  8    on the form, everybody signed it?
11:19:26  9                THE COURT:  Yes.
11:19:26 10                MR. LOWELL:  Then no.
11:19:27 11                THE COURT:  Okay.
11:19:29 12                All right.  Thank you.  With that, members of
11:19:32 13    the jury, you are excused with our gratefulness for your
11:19:35 14    attention and for all you did in the last week-and-a-half in
11:19:40 15    paying such close attention and avoiding any conflicts with
11:19:44 16    this case.
11:19:44 17                So I am going to excuse you so you can go back
11:19:47 18    and get your stuff.  I will come back in a minute just to
11:19:51 19    say thank you and talk with you to make sure you know how
11:19:56 20    much we appreciate it.  You are under no obligation to stay.
11:19:59 21    But if you want to, I would like to come back and say thank
11:20:02 22    you personally for all your service.
11:20:04 23                All right.  Thank you very much.  You're
11:20:05 24    excused.
11:20:19 25                (Jury leaving the courtroom at 11:20 a.m.)
```

11:20:25  1        THE COURT: All right. You can be seated just
11:20:28  2   for a moment. I assume that we have some customary
11:20:35  3   post-trial motions. Are there any other issues that we need
11:20:39  4   to address?
11:20:39  5        MR. HINES: Not from the United States, Your
11:20:41  6   Honor.
11:20:41  7        MR. LOWELL: No, Your Honor. But we had renewed
11:20:45  8   our motion and you had deferred.
11:20:47  9        THE COURT: So I reserved on that. And if you
11:20:50 10   want to renew that, you may.
11:20:55 11        MR. LOWELL: I think it's -- well, it stays --
11:21:00 12   it was stayed while they were deliberating. I don't think I
11:21:06 13   need to renew it. If I do, I renew it with those three
11:21:10 14   factors that I raised.
11:21:11 15        THE COURT: All right. And then I think we'll
11:21:15 16   deal -- usually when we do sentencing dates it's 120 days
11:21:20 17   out, so we'll get in touch with you and try and figure
11:21:24 18   something out. We'll take a look at any motions.
11:21:37 19        COURTROOM DEPUTY: All rise. Court is
11:21:41 20   adjourned.
11:21:43 21        (Court adjourned at 11:21 a.m.)
         22        I hereby certify the foregoing is a true and
              accurate transcript from my stenographic notes in the proceeding.
         23
         24                              /s/ Dale C. Hawkins
                                         Official Court Reporter
         25                              U.S. District Court